IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:08-cv-583-FL

| TALECRIS PLASMA RESOURCES, INC., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING JOINT MOTION** |
| | ) | **TO STAY LITIGATION** |
| G&M CRANDALL FAMILY LIMITED PARTNERSHIP, GARY CRANDALL, MARY DEBRA CRANDALL, and G&M CRANDALL, LLC | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before this Court on the joint motion of Plaintiff and Defendants (the "Parties") for an order staying this action, including all pending deadlines and supplementation obligations, pending the final disposition of the litigation filed in the Superior Court of Wake County, North Carolina, styled *Plasma Centers of America, LLC v. Talecris Plasma Resources, Inc.*, Number 09 CVS 001299. ("State Court Action"). This Court finds that good cause exists for granting the Motion, that the Parties consent to the requested relief, and that the Motion should be granted.

It, therefore, is ORDERED that the Joint Motion to Stay Litigation is GRANTED, and all proceedings before this Court are stayed pending the final disposition of the State Court Action. Upon the final disposition of the State Court Action, and at other intervals as the Court shall so prescribe, the Parties shall advise the Court as to the status of this action.

This the ___ day of _____, 2010.

_____
United States District Court Judge
Eastern District of North Carolina

#1634105_1